An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| WADE A. MAETANI, AN INDIVIDUAL, Appellant, vs. HSBC BANK USA, N.A.; HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR BCAP 2008-IN1; AND QUALITY LOAN SERVICE CORPORATION, Respondents. | No. 61354 |

FILED

JUN 2 4 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____ K. Malone
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Having reviewed the parties' June 13, 2013, stipulation to dismiss this appeal, the stipulation is approved, and this appeal is hereby dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. Linda Marie Bell, District Judge
       Nathaniel J. Reed, Settlement Judge
       Law Office of Edgar C. Smith
       Blut Law Group, APC
       McCarthy & Holthus, LLP/Las Vegas
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-18483